UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JULIE DIANE LARA,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-03670-CDB (SS)

ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT

(Doc. 12)

Pending before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), filed September 4, 2026. (Doc. 12).

Upon consideration of the parties' stipulation, pleadings, and for good cause shown, IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);
2. Upon remand, the Commissioner will take further action to develop the administrative record as necessary and issue a new decision, in accordance with the parties' stipulation (Doc. 12 at 1); and

///

///

///

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending motions and dates. *See* (Docs. 4, 11).

IT IS SO ORDERED.

Dated: **September 8, 2026**

UNITED STATES MAGISTRATE JUDGE